North Carolina Department of Justice

# 2017 Sexual Assault Evidence Collection Kit Law Enforcement Inventory Report

**March 1, 2018**

## North Carolina State Crime Laboratory



**Attorney General Josh Stein**
**State Crime Laboratory Director John A. Byrd**

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 1 of 52

# Table of Contents

I.      Executive Summary                                                                          4

II.     Background on SAECKs and Sexual Assault Investigations in North Carolina     5

III.    Legislative Directive                                                                      7

IV.     State Crime Lab Efforts to Fulfill Mandate                                        8

V.      Results of Survey                                                                          9

VI.     State Crime Lab Testing Efforts                                                     10

VII.    Recommendations                                                                           12

VIII.   Conclusion                                                                                 14

Appendix I: Audit Responses by Agency                                                   15

Appendix II: Sample Legislation                                                            51

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 2 of 52

# Glossary of Terms

**CODIS** – Combined DNA Index System, a national DNA database

**Direct-to-DNA** – method in which DNA analysis is conducted before serology

**LEA** – law enforcement agency

**Lean Six Sigma** – method of process improvement

**SAECK** – sexual assault evidence collection kit

**SANE** – sexual assault nurse examiner

**SBI** – North Carolina State Bureau of Investigation

**SCL** – North Carolina State Crime Laboratory

**Serology** – blood test

**Toxicology** – study of poisons

**Trace evidence** – physical evidence collected at a crime scene

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 3 of 52

# I.    Executive Summary

Every sexual assault evidence collection kit (SAECK or "kit") in North Carolina reported to law enforcement should be tested. Sexual assault victims deserve no less. It is extremely important to public safety, as we want to solve cases, punish offenders, bring justice to victims, and prevent future crimes.

Until this report, there was an unknown number of untested kits throughout the state in the possession of local law enforcement agencies (LEAs). The General Assembly, in consultation with the Department of Justice (DOJ), enacted Session Law 2017-57 (or SB 257) to require every LEA to report to the State Crime Lab (SCL) the number of untested kits it has and the category each kit falls into.

The legislature determined that to develop an effective plan for testing kits, the state must first take inventory of all untested kits.

As a result of this inventory report, we now know that there were 15,160 untested kits in North Carolina at the end of 2017. The next steps are to determine a plan and to marshal resources to test those kits.

The Department of Justice makes three main recommendations as a result of this process:

- Test all reported kits currently in law enforcement custody
- Institute a statewide SAECK tracking system
- Develop a protocol to test all kits reported to law enforcement going forward

The following pages of this report detail the number and type of untested kits, discuss current efforts to test sexual assault kits in North Carolina, and make recommendations for next steps to improve the process by which North Carolina tests sexual assault kits to better achieve justice.

## II. Background on SAECKs and Sexual Assault Investigations in North Carolina

In North Carolina, the physical SAECKs are created by a vendor under contract with the Department of Public Safety (DPS) (see NCGS § 143B-1201). These kits are assembled in accordance with specifications determined by the SCL, based upon best forensic practices and in consultation with forensic medical examiners.

Once created, SAECKs are distributed to medical facilities throughout the state for use during a forensic medical examination of patients reported to have been the victim of a sexual assault. Often, the examination is conducted by a specialized sexual assault nurse examiner (SANE) trained in accordance with NCGS § 90-171.38.

> **What are the contents of a SAECK?**
> o   Authorization and Release
> o   Sexual Assault Data Form
> o   Bags for Clothing Collection
> o   Other Physical Evidence
> o   Known Samples of Victim
> o   Toxicology Sample
> o   Medical History Form
> o   Sketches
> o   Patient Information
> o   Checklist and Disposition

SAECKs can be generated in connection with either a sexual assault that is *reported* to law enforcement or one which is *unreported* (often referred to as an "anonymous kit"). The federal Violence against Women Act requires withholding of federal funding from entities that do not protect the anonymity of sexual assault victims who wish to seek treatment but choose not to report a criminal offense to law enforcement (see 42 U.S.C. § 13925(b)(2)). DPS has been directed under state law to provide a storage location for submission of anonymous SAECKs in the event the victim later wishes to report a crime (see NCGS § 143B-601(13)).

Reported SAECKs are turned over to law enforcement for further investigation. The physical evidence collected will often be submitted to a forensic laboratory for testing, to include trace, serology, and/or DNA examinations. Subsequently, one or more laboratory reports will be provided to the submitting agency, the district attorney's office, and to a defendant (if there is one) through the discovery process under NCGS § 15A-903.

Forensic DNA matches may result from the comparison of a forensic unknown DNA profile (generated by testing physical evidence from the SAECK) with a known DNA standard taken from a suspect, victim, or "elimination standard" (*e.g.*, consensual partner). Sometimes, a DNA match

5

occurs with a suspect known to the victim. Other times, the DNA profile from the SAECK may be from a person unknown to the victim but this profile later hits to a criminal offender's profile or to a profile from another case that has been uploaded to the Combined DNA Index System (CODIS) database. When such a hit takes place, law enforcement is directed by the reporting laboratory to submit a known standard for the offender to confirm the forensic match.

CODIS is a powerful tool for investigative leads in unsolved sexual assault cases where an offender may have committed sexual assaults against multiple victims (*i.e.*, a "serial offender"). CODIS-participating DNA laboratories in North Carolina include the SCL (Raleigh campus and soon the Western Regional Laboratory) and the Charlotte-Mecklenburg Police Department (CMPD) Crime Lab.

As a criminal investigation progresses, the investigating law enforcement agency or district attorney's office may determine that a SAECK should not proceed to forensic testing. The reasons given for this decision vary greatly specific to each case, often due to information victims provide.

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 6 of 52

## III. Legislative Directive

Session Law 2017-57 – Appropriations Act of 2017 – required each LEA in the state of North Carolina to conduct an inventory of SAECKs in its custody and report that number to the SCL.

In its report to the SCL, each LEA was required to note how many of the kits they reported were untested because:

1. The victim wished to remain anonymous and did not report the incident to the authorities.
2. The kit was tied to a case that had been resolved in court, whether by conviction, dismissal, or any other matter.
3. The suspect admitted to the sexual act in question.
4. The allegations were determined to be unfounded as a result of further investigation.

The General Assembly directed the SCL to compile this information and report its findings to the Joint Legislative Oversight Committee on Justice and Public Safety by March 1, 2018.

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 7 of 52

# IV. State Crime Lab Efforts to Fulfill Mandate

After the law was passed, the SCL went to work contacting police departments and sheriff offices throughout North Carolina. In addition to reaching out to each LEA, the SCL worked with the North Carolina Sheriffs' Association and the North Carolina Association of Chiefs of Police to seek compliance.

<div style="border:1px solid black; padding:10px;">

**State Crime Laboratory Reminders to LEAs**

*July 19, 2017*: letter to Police Chiefs and Sheriffs

*Dec. 6, 2017*: reminder email to agency contact list

*Dec. 15, 2017*: *Forensic Update* to all criminal justice stakeholders

*Jan. 16, 2018*: letter to all non-responding agencies

*Jan. 17 to Feb. 28, 2018*: phone calls and/or emails to specific agencies not yet reporting; enlisted assistance from NC Sheriffs' Association, NC Association of Chiefs of Police, and other stakeholder organizations

</div>

The SCL received reports from 92 percent of the state's LEAs. While the vast majority of LEAs complied with the requirement, some did not respond despite the SCL's best efforts. See Appendix 1 for the list of reporting LEAs. Other states have experienced similar difficulties in achieving 100 percent participation for statewide inventories. The time and resources it took to achieve this survey underscore the importance of having an automated statewide tracking system to minimize such data gaps for future inventories, at least as to newer, tracking-enabled SAECKs. This recommendation will be discussed in greater detail in section VII of this report.

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 8 of 52

# V. Results of Survey

As a result of the SCL's audit, 517 LEAs reported on their SAECKs. Only 46 agencies failed to report, which means the below numbers outline 92 percent of LEAs and the number of kits in each legislative mandated category identified by the reporting LEAs.

| Type of Kit | Number Untested |
|---|---|
| The victim wished to remain anonymous and did not report the incident to the authorities. | 390 |
| The kit was tied to a case that had been resolved in court, whether by conviction, dismissal, or any other matter. | 2,741 |
| The suspect admitted to the sexual act in question. | 1,054 |
| The allegations were determined to be unfounded as a result of further investigation. | 3,820 |
| Kits law enforcement agencies did not place in the above categories. | 7,545 |
| **Total Untested Kits** | **15,160** |

As mentioned in section II above, state law directs DPS to provide a storage location for submission of anonymous SAECKs in the event the victim later wishes to report a crime. DPS reported 862 unreported/anonymous kits in its custody in its Law Enforcement Support Services (LESS) warehouse. These 862 are in addition to the 390 unreported/anonymous kits in the possession of LEAs noted in the chart above.

It is important to note that the numbers reported above should be understood as a snapshot in time. Because no statewide system currently provides real-time data for SAECKs, it was necessary to permit LEAs an extended period of time to compile and submit their data and for the SCL to assemble this data for its report to the General Assembly. The reporting period for this audit opened on July 1, 2017, with a suspense date of no later than December 31, 2017 and a reporting date of March 1, 2018 for the SCL. Therefore, the survey, though comprehensive and informative, is already out of date.

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 9 of 52

# VI. State Crime Lab Testing Efforts

The SCL uses science to serve justice. For that reason, the Lab is always looking for ways to become more efficient to help resolve as many cases as possible for the criminal justice system.

> **Past and Current DOJ/SCL SAECK Initiatives**
> * *2004 to 2006*: statewide sweep of 6,200 "no-suspect" SAECKs statewide
> * *2016*: testing initiative guide circulated to LEAs with information for SAECK testing by the SCL and other available forensic laboratories (FBI and private vendors)
> * *2017 to Present*: added option for vendor testing paid for by SCL's appropriated outsourcing funds; engaging with LEAs to identify testable kits

In recent months, the SCL has been working to increase the state's overall SAECK testing capacity in three ways:

(1) Expanding the SCL's own DNA testing capacities for new SAECK submissions by hiring and training more DNA analysts, by working to add DNA services in the newly-opened Western Regional Laboratory, and by continually implementing greater testing efficiencies through application of *Lean Six Sigma* principles and other best forensic practices including a new "Direct-to-DNA" approach for SAECKs;

(2) Partnering with LEAs to direct older untested SAECKs (one year old or more) to two different private vendor laboratories using the SCL's appropriated outsourcing funds (as of February 2018, approximately 162 kits from this survey have already been screened and submitted to a vendor for testing); and

(3) Sharing with LEAs any available opportunities to have older SAECKs tested using available federal funding.

Consistent with National Institute of Justice recommendations and emerging forensic testing trends, the SCL will soon implement a "Direct-to-DNA" approach for SAECKs, further streamlining kit testing. The "Direct-to-DNA" approach promises to reduce turnaround times for SAECK testing, both by removing the time to conduct serology analysis and by utilizing DNA instrumentation with enhanced efficiency.

As the SCL's testing capacities have increased, however, so has the demand for DNA, both for SAECKs and for violent crimes overall.

Three other factors to note are as follows:

(1) the SBI's Uniform Crime Reports indicate an increase in the incidence of sexual assaults statewide since 2015;

(2) it is unknown whether the increase in SAECK submissions results from increased sexual assaults, increased LEA interest in testing SAECKs, or both; and

(3) data from the current statewide SAECK audit do not provide a baseline rate of the total number of SAECKs used each year by SANE nurses and other forensic medical exam providers.

Even with these significant efforts at the SCL, testing all SAECK kits will require significant planning and additional resources.

| **Outsourced Testing At-a-Glance** |
|:---:|
| Average cost per kit to test: $700 |
| Number of untested kits: 15,160 |
| Cost to test all kits: $10.6 million |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 11 of 52

# VII. Recommendations

As a result of this overview, DOJ makes the following three recommendations to the General Assembly:

- Test all reported kits currently in law enforcement custody;
- Institute a statewide SAECK tracking system;
- Develop a protocol to test all kits reported to law enforcement going forward.

**Test all SAECK Kits**

The DOJ is committed to testing SAECKs as quickly as possible. We must solve cases so victims can have justice and so we can prosecute and convict criminals to prevent future crimes.

To do this work, it must be determined which kits can be tested and the order in which they should be tested. There are a number of nuances around certain types of kits, and the resulting decisions should not be made in a vacuum. For that reason, we recommend that the General Assembly establish a select committee of experts, including law enforcement officers, victims' advocates, representatives from the DOJ, prosecutors, and criminal defense attorneys, as well as legislators or their designees, to act on this issue and determine testing priority of the various types of SAECKs.

Once it is determined which kits are testable and on what schedule, we recommend developing a plan to test all untested kits in North Carolina. Outsourcing is the preferred means of forensic testing for untested kits older than one year to ensure that current forensic laboratory capacities can continue to meet the challenges of current year submissions for SAECKs and evidence tied to other violent crimes. However, it should be noted that private vendor laboratories are seeing an overall increase in their submission rates as many other jurisdictions are attempting to work through untested SAECK inventories nationwide.

**Institute a Statewide SAECK Tracking System**

While this inventory was necessary and extremely useful, implementing a statewide system to track SAECKs will save the state and LEAs from having to undertake this type of project again.

After a review of other states' approaches to this issue, we have found that the statewide tracking options fall into one of three categories: (1) commercially available directly from a vendor; (2) developed internally by another government agency's IT department; or (3) a hybrid government agency/vendor model developed for a particular jurisdiction.

Thus far, the only non-commercial tracking option appears to be a system developed internally by the State of Idaho, which the State of Arkansas is already tailoring for its use.[1] A hybrid system has been developed for the State of Montana in conjunction with a commercial vendor. This system may be available for purchase. Multiple other commercial vendors are known to offer a standalone system for purchase and implementation.

Under the statewide tracking system Idaho uses, the North Carolina DPS (in consultation with the SCL) would contract with its kit vendor to assign each newly assembled SAECK a unique kit number using a barcode. The vendor would deliver the tracking-enabled SAECKs directly to the medical service providers, and the vendor or medical provider would log into the tracking system each kit upon collection. Whenever a SAECK is then used for a sexual assault examination, the victim is provided the kit number, which can be entered into the tracking website to check the status of the kit at any time.

Importantly, no victim/offense information would be entered into the tracking system under the Idaho model, which protects against any potential security breach for victim information. The simple tracking number approach also ensures ease of access for victims through a public website. Among other information, the victim may view the agency which has custody of the kit and whether forensic testing has been completed.

LEAs would have the ability to view their own inventories of kits through the same tracking system. At the statewide level, a designated managing agency (such as the SCL or DPS) would be able to assemble all "real-time" SAECK data statewide. Forensic laboratories (such as the SCL and the CMPD Crime Lab) could also better track inventories of SAECKs to monitor workflow and ensure optimal turnaround times. Finally, the system would allow participation of district attorney's offices in monitoring kit testing within their respective districts.

A statewide tracking system should also be accompanied by a statutory directive for all relevant agencies to participate in the process. Potential legislation to achieve this goal is attached as Appendix 2.

**Test All Reported Kits Going Forward**

Outsourcing kits more than one year old will allow the SCL to focus its scientists on testing all kits as they come in. Given efforts to streamline the SCL's processes and the new capacity at the Western Regional Lab, this goal should be achievable. Having a statewide tracking system in place is necessary for the state to track and test all reported kits in as close to real time as possible on a going forward basis.

---

[1] The SCL is currently consulting with the Director of the Arkansas State Crime Laboratory, a member of the North Carolina Forensic Science Advisory Board, concerning the implementation of the Idaho tracking system.

13

## VIII. Conclusion

The General Assembly has taken an important first step by requiring this inventory. We now know there are approximately 15,000 untested kits across the state. To test these older kits requires a comprehensive strategy, including developing a committee to determine the process through which we test SAECKs and devoting adequate funding to outsource kits. A tracking system and a committee endorsed strategy will enable North Carolina to eliminate the inventory of old untested kits, ensure that all reported kits are tested in the future, and know in real time the location of every kit in the State. In these ways, we will send a strong message to victims, advocates, law enforcement agencies, would-be criminals and the general public that North Carolina will do everything in its power to seek justice in sexual assault cases.

14

# Appendix 1: Audit Responses by Agency

| UNTESTED SEXUAL ASSAULT EVIDENCE COLLECTION KIT (SAECK) SURVEY | | | | | | |
|---|---|---|---|---|---|---|
| *Only Count SAECKs that have not previously undergone forensic testing. If a SAECK applies to multiple categories, please only count it once.* | | | | | | |
| **Agency Name** | **Total # Kits** | **# Anonymous Kits** | **# Resolved in Court** | **# Suspect Admission** | **# Unfounded** | **# Other Not Tested** |
| Aberdeen Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Ahoskie Police Department | 6 | 0 | 2 | 1 | 3 | 0 |
| Alamance County Sheriff's Office | 24 | 0 | 7 | 0 | 10 | 7 |
| Albemarle Police Department | 55 | 0 | 12 | 1 | 13 | 29 |
| Alexander County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| Alleghany County Sheriff's Office | 9 | 0 | 1 | 3 | 5 | 0 |
| Andrews Police Department | No response | | | | | |
| Angier Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Anson County Sheriff's Office | 13 | 1 | 3 | 3 | 6 | 0 |
| Apex Police Department | 16 | 0 | 0 | 1 | 4 | 11 |
| Appalachian Regional Healthcare | 0 | 0 | 0 | 0 | 0 | 0 |
| Appalachian State University | 13 | 3 | 2 | 0 | 0 | 8 |
| Archdale Police Department | 12 | 0 | 0 | 0 | 5 | 7 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 15 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Ashe County Sheriff's Office | 2 | 0 | 0 | 0 | 0 | 2 |
| Asheboro Police Department | 143 | 45 | 33 | 61 | 81 | 103 |
| Asheville Police Department | 573 | 20 | 74 | 77 | 50 | 352 |
| A-B Technical Community College | 1 | 0 | 0 | 0 | 1 | 0 |
| Atlantic Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Aulander Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Aurora Police Department | 2 | 0 | 1 | 0 | 1 | 0 |
| Avery County Sheriff's Office | 25 | 3 | 6 | 1 | 15 | 0 |
| Ayden Police Department | 13 | 0 | 0 | 0 | 0 | 13 |
| Badin Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Bailey Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Bakersville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Bald Head Island Public Safety | 0 | 0 | 0 | 0 | 0 | 0 |
| Banner Elk Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Beaufort County Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Beaufort County Sheriff's Office | 36 | 0 | 11 | 9 | 14 | 2 |

16

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Beaufort Police Department | 2 | 0 | 0 | 0 | 1 | 1 |
| Beech Mountain Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Belhaven Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Belmont Police Department | 4 | 0 | 0 | 0 | 1 | 3 |
| Benson Police Department | 3 | 0 | 0 | 0 | 3 | 0 |
| Bertie County Sheriff's Office | 4 | 0 | 0 | 0 | 1 | 3 |
| Bessemer City Police Department | 4 | 0 | 1 | 0 | 1 | 2 |
| Bethel Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Beulaville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Biltmore Forest Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Biscoe Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Black Creek Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Black Mountain Police Department | 7 | 1 | 2 | 0 | 1 | 3 |
| Bladenboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Bladen County Sheriff's Office | 45 | 0 | 15 | 0 | 19 | 11 |
| Blowing Rock Police Department | 1 | 0 | 0 | 0 | 0 | 1 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 17 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Blue Ridge Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Boiling Spring Lakes Police Department | 4 | 0 | 2 | 0 | 1 | 1 |
| Boiling Springs Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Boone Police Department | 12 | 0 | 2 | 3 | 2 | 5 |
| Boonville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Brevard Police Department | 4 | 0 | 0 | 0 | 4 | 0 |
| Bridgeton Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Broadway Police Department | 2 | 0 | 0 | 0 | 2 | 0 |
| Brookford Police Department | 1 | 0 | 0 | 1 | 0 | 0 |
| Broughton Hospital Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Brunswick Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Brunswick County Sheriff's Office | 80 | 7 | 12 | 3 | 20 | 38 |
| Bryson City Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Bunn Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Buncombe County Sheriff's Office | 167 | 4 | 24 | 15 | 31 | 93 |
| Burgaw Police Department | 9 | 0 | 0 | 3 | 1 | 5 |

18

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Burke County Sheriff's Office | 40 | 0 | 30 | 0 | 9 | 1 |
| Burlington Police Department | 90 | 0 | 16 | 8 | 18 | 48 |
| Burnsville Police Department | 2 | 0 | 0 | 1 | 1 | 0 |
| Butner Public Safety | 8 | 0 | 0 | 0 | 3 | 5 |
| Cabarrus County Sheriff's Office | 64 | 0 | 22 | 1 | 40 | 1 |
| Caldwell County Sheriff's Office | 91 | 0 | 26 | 0 | 46 | 19 |
| Camden County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| Cameron Police Department | No response | | | | | |
| Candor Police Department | 1 | 0 | 1 | 0 | 0 | 0 |
| Canton Police Department | 2 | 0 | 0 | 0 | 1 | 1 |
| Cape Carteret Police Department | 2 | 0 | 0 | 0 | 2 | 0 |
| Cape Fear Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Carolina Beach Police Department | 11 | 0 | 0 | 9 | 1 | 1 |
| Carolina Beach State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Carolinas Healthcare System | 1 | 0 | 0 | 0 | 1 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 19 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Carrboro Police Department | 13 | 0 | 1 | 0 | 6 | 6 |
| Carteret County Sheriff's Office | 54 | 3 | 26 | 0 | 20 | 5 |
| Carthage Police Department | 1 | 0 | 0 | 1 | 0 | 0 |
| Carvers Creek State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Cary Police Department | 41 | 0 | 9 | 12 | 13 | 7 |
| Caswell Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Caswell County Sheriff's Office | 16 | 0 | 5 | 0 | 2 | 9 |
| Catawba Police Department | No response | | | | | |
| Catawba County Sheriff's Office | 9 | 0 | 1 | 2 | 6 | 0 |
| Chadbourn Police Department | No response | | | | | |
| Chapel Hill Police Department | 3 | 0 | 0 | 0 | 3 | 0 |
| Charlotte-Mecklenburg Police Department | 499 | 9 | 52 | 15 | 253 | 170 |
| Chatham County Sheriff's Office | 55 | 0 | 22 | 0 | 5 | 28 |
| Cherokee County Sheriff's Office | 9 | 0 | 1 | 6 | 0 | 2 |

20

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Cherokee Indian Police Department | 48 | 0 | 6 | 1 | 8 | 33 |
| Cherry Hospital Police Department | 11 | 0 | 0 | 0 | 11 | 0 |
| Cherryville Police Department | 4 | 0 | 2 | 0 | 1 | 1 |
| Chimney Rock State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| China Grove Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Chocowinity Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Chowan County Sheriff's Office | 12 | 0 | 3 | 2 | 7 | 0 |
| Claremont Police Department | 2 | 0 | 0 | 1 | 0 | 1 |
| Clay County Sheriff's Office | 6 | 0 | 1 | 0 | 5 | 0 |
| Clayton Police Department | 8 | 0 | 3 | 0 | 2 | 3 |
| Cleveland Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Cleveland County Sheriff's Office | 36 | 0 | 11 | 5 | 19 | 1 |
| Cliffs of the Neuse State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Clinton Police Department | 25 | 0 | 6 | 0 | 2 | 17 |
| Clyde Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Coats Police Department | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 21 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Columbus County Sheriff's Office | 38 | 0 | 19 | 0 | 10 | 9 |
| Columbus Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Concord Police Department | 85 | 1 | 18 | 0 | 22 | 44 |
| Conover Police Department | 12 | 0 | 2 | 0 | 2 | 8 |
| Conway Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Cooleemee Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Cornelius Police Department | 22 | 0 | 7 | 0 | 6 | 9 |
| Cramerton Police Department | 3 | 0 | 0 | 1 | 1 | 1 |
| Craven County Sheriff's Office | 51 | 0 | 2 | 5 | 44 | 0 |
| Creedmoor Police Department | 5 | 0 | 0 | 0 | 1 | 4 |
| Crowders Mountain State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Cumberland County Sheriff's Office | 211 | 1 | 13 | 34 | 105 | 58 |
| Currituck County Sheriff's Office | 43 | 0 | 0 | 0 | 43 | 0 |
| Dallas Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Dare County ABC Law Enforcement | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 22 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Dare County Sheriff's Office | 21 | 0 | 6 | 3 | 2 | 10 |
| Davidson College Police Department | 4 | 0 | 0 | 0 | 1 | 3 |
| Davidson County Sheriff's Office | 86 | 11 | 31 | 2 | 29 | 13 |
| Davidson Police Department | 4 | 1 | 1 | 1 | 1 | 0 |
| Davie County Sheriff's Office | 38 | 4 | 6 | 1 | 27 | 0 |
| Denton Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Dismal Swamp State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Dobson Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Drexel Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Duck Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Duke University | 14 | 0 | 4 | 0 | 1 | 9 |
| Dunn Police Department | 31 | 0 | 15 | 0 | 4 | 12 |
| Duplin County Sheriff's Office | 50 | 0 | 11 | 3 | 36 | 0 |
| Durham County ABC Law Enforcement | 0 | 0 | 0 | 0 | 0 | 0 |
| Durham County Sheriff's Office | 45 | 0 | 22 | 3 | 4 | 16 |
| Durham Police Department | 1711 | 1 | 192 | 2 | 166 | 1350 |

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| East Bend Police Department | 1 | 0 | 1 | 0 | 0 | 0 |
| East Carolina University | 30 | 13 | 0 | 13 | 3 | 1 |
| East Spencer Police Department | 10 | 0 | 2 | 0 | 7 | 1 |
| Eden Police Department | 27 | 0 | 8 | 7 | 12 | 0 |
| Edenton Police Department | No response | | | | | |
| Edgecombe County Sheriff's Office | 6 | 0 | 1 | 1 | 3 | 1 |
| Elk Knob State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Elizabeth City Police Department | 49 | 0 | 6 | 5 | 7 | 31 |
| Elizabeth City State University | 8 | 0 | 4 | 3 | 0 | 1 |
| Elizabethtown Police Department | 1 | 0 | 0 | 0 | 0 | 1 |
| Elk Park Police Department | No response | | | | | |
| Elkin Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Elon Police Department | 21 | 1 | 2 | 0 | 5 | 13 |
| Elon University | 18 | 18 | 0 | 0 | 0 | 0 |
| Emerald Isle Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Enfield Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Eno River State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Erwin Police Department | 2 | 0 | 0 | 0 | 2 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 24 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Fair Bluff Police Department | No response | | | | | |
| Fairmont Police Department | 5 | 1 | 1 | 0 | 1 | 2 |
| Falls Lake State Recreation Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Farmville Police Department | 3 | 0 | 0 | 3 | 0 | 0 |
| Fayetteville Police Department | 373 | 0 | 75 | 84 | 50 | 164 |
| Fayetteville State University | 2 | 0 | 0 | 2 | 0 | 0 |
| Fletcher Police Department | 12 | 0 | 2 | 0 | 10 | 0 |
| Forest City Police Department | 9 | 0 | 1 | 1 | 1 | 6 |
| Forsyth County Sheriff's Office | 96 | 2 | 19 | 0 | 10 | 48 |
| Forsyth Technical Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Fort Fisher State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Fort Macon State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Four Oaks Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Foxfire Village Police Department | No response | | | | | |
| Franklin Police Department | 10 | 0 | 3 | 0 | 7 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 25 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Franklin County Sheriff's Office | 32 | 0 | 11 | 4 | 17 | 0 |
| Franklinton Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Fremont Police Department | 1 | 0 | 0 | 0 | 0 | 1 |
| Fuquay-Varina Police Department | 13 | 0 | 8 | 2 | 3 | 0 |
| Gardner-Webb Universtity | 1 | 0 | 0 | 0 | 1 | 0 |
| Garland Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Garner Police Department | 22 | 0 | 4 | 4 | 3 | 11 |
| Garysburg Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Gaston Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Gaston County Police | 67 | 0 | 29 | 0 | 22 | 16 |
| Gaston County Sheriff's Office | 2 | 0 | 0 | 0 | 2 | 0 |
| Gaston Police Department | No response | | | | | |
| Gastonia Police Department | 51 | 0 | 37 | 0 | 8 | 6 |
| Gates County Sheriff's Office | 4 | 0 | 0 | 2 | 0 | 2 |
| Gibsonville Police Department | 3 | 0 | 0 | 0 | 2 | 1 |
| Glen Alpine Police Department | No response | | | | | |
| Goldsboro Police Department | 160 | 0 | 45 | 0 | 41 | 74 |

26

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Goose Creek State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Gorges State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Graham County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| Graham Police Department | 25 | 0 | 4 | 4 | 4 | 13 |
| Grandfather Mountain State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Granite Falls Police Department | 4 | 0 | 1 | 0 | 1 | 2 |
| Granite Quarry-Faith Police Department | 2 | 0 | 2 | 0 | 0 | 0 |
| Granville County Sheriff's Office | 14 | 0 | 1 | 0 | 10 | 3 |
| Greene County Sheriff's Office | 18 | 0 | 6 | 4 | 10 | 0 |
| Greensboro Police Department | 944 | 0 | 128 | 91 | 201 | 524 |
| Greenville Police Department | 309 | 1 | 34 | 47 | 36 | 191 |
| Grifton Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Grover Police Department | No response | | | | | |
| Guilford County Sheriff's Office | 36 | 1 | 5 | 9 | 6 | 15 |
| Guilford Technical Community College | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 27 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Halifax County Sheriff's Office | 1 | 0 | 0 | 1 | 0 | 0 |
| Hamlet Police Department | 5 | 1 | 0 | 4 | 0 | 0 |
| Hammocks Beach State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Hanging Rock State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Harnett County Sheriff's Office | 94 | 0 | 31 | 9 | 50 | 4 |
| Havelock Police Department | 5 | 0 | 1 | 0 | 0 | 4 |
| Haw River Police Department | 6 | 1 | 0 | 1 | 1 | 3 |
| Haw River State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Haywood County Sheriff's Office | 30 | 0 | 11 | 2 | 17 | 0 |
| Henderson Police Department | 53 | 0 | 13 | 1 | 10 | 29 |
| Henderson County Sheriff's Office | 90 | 0 | 16 | 4 | 21 | 49 |
| Hendersonville Police Department | 52 | 0 | 8 | 8 | 6 | 30 |
| Hertford County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| Hertford Police Department | 11 | 0 | 7 | 0 | 0 | 4 |
| Hickory Police Department | 83 | 0 | 3 | 2 | 51 | 27 |

28

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| High Point Police Department | 215 | 8 | 39 | 8 | 30 | 130 |
| Highlands Police Department | No response | | | | | |
| Hillsborough Police Department | 22 | 0 | 1 | 0 | 7 | 14 |
| Hobgood Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Hoke County Sheriff's Office | 82 | 0 | 126 | 0 | 29 | 0 |
| Holden Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Holly Ridge Police Department | 3 | 0 | 0 | 0 | 3 | 0 |
| Holly Springs Police Department | 7 | 0 | 3 | 1 | 2 | 1 |
| Hope Mills Police Department | 4 | 0 | 0 | 0 | 4 | 0 |
| Hot Springs Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Hudson Police Department | 1 | 0 | 1 | 0 | 0 | 0 |
| Huntersville Police Department | 24 | 0 | 2 | 2 | 13 | 7 |
| Hyde County Sheriff's Office | 6 | 0 | 1 | 0 | 0 | 5 |
| Indian Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Iredell County Sheriff's Office | 70 | 0 | 23 | 8 | 30 | 9 |
| Jackson County Sheriff Office | 16 | 0 | 1 | 3 | 11 | 1 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 29 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Jackson Police Department | No response | | | | | |
| Jacksonville Police Department | 32 | 0 | 5 | 0 | 23 | 4 |
| Jockey's Ridge State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Jefferson Police Department | No response | | | | | |
| Johnston County Sheriff's Office | 21 | 0 | 13 | 2 | 5 | 1 |
| Jones County Sheriff's Office | 7 | 0 | 2 | 0 | 4 | 1 |
| Jones Lake State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Jonesville Police Department | No response | | | | | |
| Jordan Lake State Recreation Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Kannapolis Police Department | 4 | 0 | 4 | 0 | 0 | 0 |
| Kenansville Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Kenly Police Department | No response | | | | | |
| Kernersville Police Department | 65 | 9 | 9 | 3 | 17 | 27 |
| Kerr Lake State Recreation Area | 0 | 0 | 0 | 0 | 0 | 0 |
| Kill Devil Hills Police Department | 23 | 0 | 5 | 3 | 1 | 14 |
| King Police Department | 1 | 0 | 0 | 1 | 0 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 30 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Kings Mountain Police Department | 7 | 0 | 1 | 0 | 3 | 3 |
| Kinston Police Department | 16 | 2 | 3 | 5 | 6 | 0 |
| Kitty Hawk Police Department | 3 | 0 | 1 | 2 | 0 | 0 |
| Knightdale Police Department | 4 | 0 | 0 | 0 | 2 | 2 |
| Kodiak Company Police | 0 | 0 | 0 | 0 | 0 | 0 |
| Kure Beach Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Lake James State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake Lure Police Department | 1 | 0 | 0 | 0 | 0 | 1 |
| Lake Norman State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Lake Waccamaw Police Department | No response | | | | | |
| Lake Waccamaw State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Landis Police Department | 2 | 0 | 0 | 0 | 1 | 1 |
| Laurel Park Police Department | No response | | | | | |
| Laurinburg Police Department | No response | | | | | |
| Lee County Sheriff's Office | 41 | 0 | 10 | 6 | 3 | 22 |
| Leland Police Department | No response | | | | | |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 31 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Lenoir County Sheriff's Office | 35 | 0 | 10 | 2 | 12 | 11 |
| Lenoir Memorial Hospital Police | 0 | 0 | 0 | 0 | 0 | 0 |
| Lenoir Police Department | 8 | 0 | 0 | 0 | 7 | 1 |
| Lewiston Woodville Police Department | No response | | | | | |
| Lexington Police Department | 49 | 3 | 26 | 1 | 12 | 7 |
| Liberty Police Department | 8 | 1 | 3 | 0 | 3 | 1 |
| Lilesville Police Department | No response | | | | | |
| Lillington Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Lincoln County Sheriff's Office | 56 | 0 | 25 | 0 | 18 | 13 |
| Lincolnton Police Department | 29 | 0 | 4 | 3 | 8 | 14 |
| Littleton Police Department | No response | | | | | |
| Locust Police Department | 6 | 0 | 1 | 0 | 0 | 5 |
| Long View Police Department | 6 | 0 | 0 | 0 | 6 | 0 |
| Louisburg Police Department | 23 | 0 | 2 | 0 | 16 | 5 |
| Lowell Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Lumber River State Park | 0 | 0 | 0 | 0 | 0 | 0 |

32

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Lumberton Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Macon County Sheriff's Office | 33 | 0 | 2 | 5 | 26 | 0 |
| Madison County Sheriff's Office | 11 | 1 | 5 | 1 | 4 | 0 |
| Madison Police Department | No response | | | | | |
| Maggie Valley Police Department | 2 | 0 | 0 | 0 | 2 | 0 |
| Magnolia Police Department | No response | | | | | |
| Maiden Police Department | 4 | 0 | 2 | 1 | 1 | 0 |
| Manteo Police Department | 3 | 0 | 0 | 3 | 0 | 0 |
| Marion Police Department | 2 | 0 | 0 | 0 | 1 | 1 |
| Mars Hill Police Department | 4 | 0 | 2 | 1 | 1 | 0 |
| Marshall Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Marshville Police Department | No response | | | | | |
| Martin County Sheriff's Office | 22 | 0 | 7 | 7 | 8 | 0 |
| Matthews Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Maxton Police Department | 2 | 0 | 0 | 0 | 1 | 1 |
| Mayodan Police Department | 2 | 0 | 2 | 0 | 0 | 0 |
| Mayo River State Park | 0 | 0 | 0 | 0 | 0 | 0 |

33

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Maysville Police Department | 1 | 0 | 0 | 0 | 0 | 1 |
| McDowell County Sheriff's Office | 11 | 0 | 3 | 0 | 2 | 6 |
| Mebane Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Mecklenburg County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| Medoc Mountain State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Merchants Millpond State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Methodist University | 0 | 0 | 0 | 0 | 0 | 0 |
| Micro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Middlesex Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Mint Hill Police Department | 11 | 0 | 0 | 0 | 0 | 11 |
| Misenheimer Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Mitchell County Sheriff's Office | 7 | 0 | 3 | 0 | 3 | 1 |
| Mocksville Police Department | 7 | 0 | 7 | 0 | 0 | 0 |
| Monroe Police Department | 91 | 0 | 12 | 27 | 52 | 0 |
| Montgomery County Sheriff's Office | 16 | 0 | 11 | 2 | 2 | 1 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 34 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Montreat College Campus Police | 0 | 0 | 0 | 0 | 0 | 0 |
| Montreat Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Moore County Schools | 0 | 0 | 0 | 0 | 0 | 0 |
| Moore County Sheriff's Office | 2 | 0 | 1 | 1 | 0 | 0 |
| Mooresville Police Department | 28 | 0 | 1 | 3 | 16 | 8 |
| Morehead City Police Department | 20 | 1 | 7 | 1 | 11 | 0 |
| Morganton Public Safety | 13 | 2 | 6 | 0 | 5 | 0 |
| Morrisville Police Department | 4 | 0 | 0 | 0 | 1 | 3 |
| Morrow Mountain State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Morven Police Department | No response | | | | | |
| Mount Airy Police Department | 1 | 0 | 1 | 0 | 0 | 0 |
| Mount Gilead Police Department | 3 | 0 | 1 | 0 | 1 | 1 |
| Mount Holly Police Department | 10 | 0 | 1 | 0 | 7 | 2 |
| Mount Olive Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Mount Mitchell State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Murfreesboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Murphy Police Department | No response | | | | | |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 35 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Nags Head Police Department | 4 | 0 | 0 | 0 | 3 | 1 |
| Nash Community College | No response | | | | | |
| Nash County Sheriff's Office | 43 | 0 | 1 | 14 | 24 | 4 |
| Nashville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Navassa Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| NC A&T University | 10 | 0 | 0 | 0 | 10 | 0 |
| NC Central University | 6 | 1 | 1 | 0 | | 4 |
| NC Department of Insurance | 0 | 0 | 0 | 0 | 0 | 0 |
| NC Department of Agriculture Public Safety | 0 | 0 | 0 | 0 | 0 | 0 |
| NC Division of Parks & Recreation | 0 | 0 | 0 | 0 | 0 | 0 |
| NC Forest Service | 0 | 0 | 0 | 0 | 0 | 0 |
| NC Marine Patrol | 0 | 0 | 0 | 0 | 0 | 0 |
| NC SBI | 0 | 0 | 0 | 0 | 0 | 0 |
| NC SBI - Medicaid | 0 | 0 | 0 | 0 | 0 | 0 |
| NC SBI - Northwestern | 0 | 0 | 0 | 0 | 0 | 0 |
| NC SBI - Southern Piedmont | 0 | 0 | 0 | 0 | 0 | 0 |
| NC State Capitol Police | 1 | 0 | 0 | 0 | 1 | 0 |
| NC DPS/NCSHP | 0 | 0 | 0 | 0 | 0 | 0 |
| NC State University | 5 | 0 | 1 | 4 | 0 | 0 |

36

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| NC Wildlife Resources Commission | 0 | 0 | 0 | 0 | 0 | 0 |
| New Bern Police Department | 30 | 1 | 13 | 0 | 16 | 0 |
| New River State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| New Hanover County Sheriff's Office | 159 | 11 | 32 | 0 | 25 | 91 |
| New Hanover Regional Medical Center | 3 | 0 | 0 | 0 | 0 | 3 |
| Newland Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Newport Police Department | 5 | 0 | 0 | 0 | 2 | 3 |
| Newton Grove Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Newton Police Department | No response | | | | | |
| Norlina Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| North Topsail Beach Police Department | 3 | 0 | 0 | 0 | 0 | 3 |
| North Wilkesboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Northampton County Sheriff's Office | 8 | 1 | 3 | 0 | 3 | 1 |
| Northwest Police Department | No response | | | | | |
| Norwood Police Department | 6 | 0 | 1 | 1 | 2 | 2 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 37 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Oak Island Police Department | 9 | 0 | 1 | 1 | 2 | 5 |
| Oakboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Ocean Isle Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Old Fort Police Department | No response | | | | | |
| Onslow County Sheriff's Office | 88 | 0 | 20 | 1 | 28 | 39 |
| Orange County Sherriff's Office | 84 | 2 | 0 | 12 | 27 | 43 |
| Oriental Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Oxford Police Department | 13 | 0 | 2 | 1 | 1 | 9 |
| Pamlico County Sheriff's Office | 13 | 1 | 7 | 2 | 0 | 3 |
| Parkton Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Pasquotank County Sheriff's Office | 29 | 0 | 6 | 4 | 11 | 8 |
| Pembroke Police Department | No response | | | | | |
| Pender County Sheriff's Office | 35 | 1 | 1 | 16 | 14 | 3 |
| Perquimans County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| Person Caswell Lake Authority | 0 | 0 | 0 | 0 | 0 | 0 |

38

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Person County Sheriff's Office | 6 | 0 | 4 | 0 | 0 | 2 |
| Pettigrew State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Piedmont Triad International Airport | 0 | 0 | 0 | 0 | 0 | 0 |
| Pikeville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Pilot Mountain Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Pilot Mountain State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Pine Knoll Shores Police Department | 8 | 0 | 4 | 0 | 3 | 1 |
| Pine Level Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Pinebluff Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Pinehurst Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Pinetops Police Department | 1 | 0 | 0 | 1 | 0 | 0 |
| Pineville Police Department | 12 | 0 | 0 | 1 | 7 | 4 |
| Pink Hill Police | 0 | 0 | 0 | 0 | 0 | 0 |
| Pitt Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Pitt County ABC Law Enforcement | 0 | 0 | 0 | 0 | 0 | 0 |
| Pitt County Sheriff's Office | 112 | 1 | 61 | 3 | 13 | 34 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 39 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Pittsboro Police Department | 5 | 0 | 1 | 0 | 1 | 3 |
| Plymouth Police Department | 5 | 0 | 1 | 1 | 2 | 1 |
| Polk County Sheriff's Office | 26 | 0 | 6 | 0 | 15 | 5 |
| Polkton Police Department | 3 | 0 | 0 | 0 | 3 | 0 |
| Pollocksville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Princeton Police Department | 4 | 0 | 1 | 0 | 0 | 3 |
| Queens University of Charlotte | 0 | 0 | 0 | 0 | 0 | 0 |
| Raeford Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Raleigh Police Department | 1428 | 0 | 0 | 99 | 255 | 1074 |
| Ramseur Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Randleman Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Randolph County Sheriff's Office | 76 | 1 | 11 | 2 | 13 | 49 |
| Ranlo Police Department | No response | | | | | |
| Raven Rock State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| RDU Police Department | No response | | | | | |
| Red Springs Police Department | 11 | 0 | 0 | 0 | 6 | 5 |
| Reidsville Police Department | 34 | 0 | 9 | 0 | 14 | 11 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 40 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Rhodhiss Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Rich Square Police Department | No response | | | | | |
| Richlands Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Richmond County Sheriff's Office | 49 | 3 | 6 | 2 | 29 | 9 |
| River Bend Police Department | 1 | 0 | 1 | 0 | 0 | 0 |
| Roanoke Rapids Police Department | 15 | 0 | 1 | 1 | 12 | 1 |
| Robbins Police Department | 4 | 0 | 0 | 0 | 4 | 0 |
| Robersonville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Robeson County Sheriff's Office | 95 | 51 | 65 | 1 | 7 | 0 |
| Rockingham Police Department | 22 | 0 | 4 | 22 | 0 | 18 |
| Rockingham County Sheriff's Office | 66 | 0 | 4 | 1 | 36 | 25 |
| Rockwell Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Rocky Mount Police Department | 144 | 0 | 61 | 4 | 74 | 5 |
| Rolesville Police Department | 1 | 0 | 1 | 0 | 0 | 0 |
| Rose Hill Police Department | No response | | | | | |

41

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Rowland Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Rowan County Sheriff's Office | 69 | 0 | 15 | 0 | 53 | 1 |
| Roxboro Police Department | 17 | 0 | 0 | 0 | 0 | 17 |
| Rutherford County Sheriff's Office | 91 | 2 | 36 | 0 | 15 | 38 |
| Rutherfordton Police Department | 7 | 0 | 3 | 1 | 2 | 1 |
| Saint Augustine's University | 0 | 0 | 0 | 0 | 0 | 0 |
| Salemburg Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Salisbury Police Department | 34 | 2 | 10 | 2 | 12 | 8 |
| Saluda Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Sampson County Sheriff's Office | 102 | 4 | 25 | 2 | 8 | 63 |
| Sandhills Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Sanford Police Department | 51 | 0 | 20 | 0 | 26 | 5 |
| Scotland County Sheriff's Office | 21 | 1 | 3 | 0 | 12 | 5 |
| Scotland Neck Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Seaboard Police Department | No response | | | | | |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 42 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Seagrove Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Selma Police Department | 28 | 0 | 3 | 4 | 5 | 16 |
| Seven Devils Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Shallotte Police Department | 2 | 0 | 1 | 0 | 1 | 0 |
| Sharpsburg Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Shelby Police Department | 18 | 0 | 0 | 1 | 4 | 13 |
| Siler City Police Department | 29 | 0 | 16 | 0 | 6 | 7 |
| Simpson Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Singletary Lake State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Smithfield Police Department | 15 | 0 | 1 | 5 | 6 | 3 |
| Snow Hill Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Southern Pines Police Department | 14 | 0 | 6 | 0 | 6 | 2 |
| Southern Shores Police Department | 2 | 0 | 0 | 0 | 2 | 0 |
| South Mountains State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Southport Police Department | No response | | | | | |
| Sparta Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Spencer Police Department | 12 | 0 | 4 | 0 | 0 | 8 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 43 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Spindale Police Department | 18 | 0 | 2 | 1 | 9 | 6 |
| Spring Hope Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Spring Lake Police Department | 12 | 0 | 0 | 0 | 0 | 12 |
| Spruce Pine Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| St. Pauls Police Department | 6 | 1 | 0 | 1 | 1 | 3 |
| Stallings Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Stanfield Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Stanley Police Department | 7 | 2 | 3 | 0 | 0 | 2 |
| Stanly County Sheriff's Office | 32 | 1 | 7 | 0 | 24 | 0 |
| Stantonsburg Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Star Police Department | 1 | 0 | 0 | 0 | 0 | 1 |
| Statesville Police Department | 86 | 0 | 18 | 0 | 12 | 56 |
| Stedman Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Stem Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Stokes County Sheriff's Office | 21 | 0 | 5 | 1 | 3 | 12 |
| Stone Mountain State Park | 0 | 0 | 0 | 0 | 0 | 0 |

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Stoneville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Stovall Police Department | No response | | | | | |
| Sugar Mountain Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Sunset Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Surf City Police Department | 3 | 0 | 0 | 1 | 2 | 0 |
| Surry Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Surry County Sheriff's Office | 46 | 1 | 13 | 1 | 18 | 13 |
| Swain County Sheriff's Office | 2 | 0 | 0 | 1 | 1 | 0 |
| Swansboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Sylva Police Department | 5 | 0 | 0 | 0 | 5 | 0 |
| Tabor City Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Tarboro Police Department | 2 | 0 | 0 | 0 | 1 | 1 |
| Taylorsville Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Taylortown Police Department | 2 | 0 | 1 | 0 | 0 | 1 |
| Thomasville Police Department | 10 | 0 | 1 | 0 | 9 | 0 |
| Topsail Beach Police Department | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 45 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Transylvania County Sheriff's Office | 16 | 0 | 6 | 0 | 8 | 2 |
| Trent Woods Police Department | 2 | 0 | 0 | 0 | 2 | 0 |
| Troutman Police Department | 3 | 0 | 0 | 0 | 3 | 0 |
| Troy Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Tryon Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Tyrrell County Sheriff's Office | 0 | 0 | 0 | 0 | 0 | 0 |
| UNC Hospitals Police Department | 20 | 1 | 0 | 0 | 4 | 15 |
| University of North Carolina School of the Arts | 2 | 0 | 0 | 0 | 1 | 1 |
| University of North Carolina - Asheville | 0 | 0 | 0 | 0 | 0 | 0 |
| University of North Carolina - Chapel Hill | 52 | 18 | 4 | 0 | 0 | 30 |
| University of North Carolina - Charlotte | 22 | 0 | 6 | 0 | 3 | 13 |
| University of North Carolina - Greensboro | 6 | 0 | 0 | 4 | 1 | 1 |
| University of North Carolina - Pembroke | 5 | 0 | 0 | 3 | 2 | 0 |
| University of North Carolina - Wilmington | 1 | 0 | 0 | 0 | 0 | 1 |
| Union County Sheriff's Office | 130 | 0 | 50 | 18 | 62 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 46 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Valdese Police Department | 1 | 0 | 0 | 0 | 0 | 1 |
| Vanceboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Vance County Sheriff's Office | 6 | 1 | 1 | 0 | 3 | 1 |
| Vance-Granville Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Vass Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Wadesboro Police Department | 19 | 0 | 4 | 1 | 2 | 12 |
| Wagram Police Department | 2 | 0 | 0 | 0 | 2 | 0 |
| Wake County Sheriff's Office | 310 | 0 | 103 | 38 | 127 | 42 |
| Wake Forest Police Department | 21 | 0 | 4 | 1 | 9 | 7 |
| Wake Forest University | 7 | 0 | 2 | 0 | 5 | 0 |
| Wake Technical Community College | 0 | 0 | 0 | 0 | 0 | 0 |
| Wallace Police Department | No response | | | | | |
| Walnut Creek Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Warren County Sheriff's Office | 18 | 1 | 3 | 3 | 11 | 0 |
| Warrenton Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Warsaw Police Department | 0 | 0 | 0 | 0 | 0 | 0 |

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Washington County Sheriff's Office | 4 | 0 | 0 | 0 | 3 | 1 |
| Washington Police Department | 9 | 0 | 0 | 3 | 1 | 5 |
| Watauga County Sheriff's Office | 15 | 0 | 13 | 1 | 1 | 0 |
| Waxhaw Police Department | 14 | 0 | 1 | 2 | 9 | 2 |
| Wayne County Sheriff's Office | 22 | 0 | 8 | 3 | 11 | 0 |
| Wayne Memorial Hospital Police | 0 | 0 | 0 | 0 | 0 | 0 |
| Waynesville Police Department | 23 | 0 | 2 | 0 | 21 | 0 |
| Weaverville Police Department | 3 | 0 | 1 | 2 | 0 | 0 |
| Weldon Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Wendell Police Department | 2 | 0 | 1 | 0 | 1 | 0 |
| West Jefferson Police Department | No response | | | | | |
| Western Carolina University | 5 | 0 | 2 | 0 | 3 | 0 |
| Weymouth Woods-Sandhills Nature Preserve | 0 | 0 | 0 | 0 | 0 | 0 |
| Whispering Pines Police Department | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:22-cv-00568-CCE-JLW   Document 18-3   Filed 08/01/22   Page 48 of 52

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Whitakers Police Department | No response | | | | | |
| White Lake Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Whiteville Police Department | 11 | 0 | 3 | 0 | 8 | 0 |
| Wilkes Community College | No response | | | | | |
| Wilkes County Sheriff's Office | 54 | 3 | 5 | 2 | 44 | 0 |
| Wilkesboro Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| William B. Umstead State Park | 0 | 0 | 0 | 0 | 0 | 0 |
| Williamston Police Department | 1 | 0 | 0 | 0 | 1 | 0 |
| Wilmington International Airport Public Safety | No response | | | | | |
| Wilmington Police Department | 482 | 0 | 54 | 20 | 63 | 345 |
| Wilson Community College | No response | | | | | |
| Wilson County Sheriff's Office | 14 | 4 | 2 | 2 | 6 | 0 |
| Wilson Police Department | 90 | 14 | 26 | 14 | 30 | 6 |
| Wilson's Mills Police Department | 5 | 0 | 2 | 0 | 2 | 1 |
| Windsor Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Winfall Police Department | 0 | 0 | 0 | 0 | 0 | 0 |

49

| Agency Name | Total # Kits | # Anonymous Kits | # Resolved in Court | # Suspect Admission | # Unfounded | # Other Not Tested |
|---|---|---|---|---|---|---|
| Wingate Police Department | No response | | | | | |
| Winston-Salem Police Department | 1339 | 65 | 170 | Unknown | 93 | 436 |
| Winston-Salem State University | No response | | | | | |
| Winterville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Winton Police Department | No response | | | | | |
| Woodfin Police Department | No response | | | | | |
| Woodland Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Wrightsville Beach Police Department | 23 | 0 | 4 | 0 | 4 | 15 |
| Yadkin County Sheriff's Office | 5 | 0 | 0 | 0 | 3 | 2 |
| Yadkinville Police Department | 0 | 0 | 0 | 0 | 0 | 0 |
| Yancey County Sheriff's Office | 3 | 0 | 1 | 1 | 1 | 0 |
| Youngsville Police Department | 5 | 0 | 0 | 0 | 5 | 0 |
| Zebulon Police Department | 26 | 14 | 12 | 0 | 0 | 0 |
| | | | | | | |
| **Agencies Reporting:** | **15215** | **390** | **2741** | **1054** | **3820** | **6861** |
| | | | | | | |
| Note: Total kit numbers in the various categories reflect how they were reported to the SCL by LEAs and do not add up correctly in all instances. | | | | | | |

50

# Appendix 2: Sample Legislation

**SECTION 1.**  This act shall be known and may be cited as "The Sexual Assault Evidence Collection Kit Tracking and Accountability Act of 2018."

**SECTION 2.**  Article 9 of Chapter 114 of the General Statutes is amended by adding a new section to read:

**§ 114-65. Statewide Sexual Assault Evidence Collection Kit Tracking System and Annual Audit Report.**

(a)  Establishment.--There shall be established a Statewide Sexual Assault Evidence Collection Kit Tracking System, hereinafter referred to as "the System."  The State Crime Laboratory shall administer and implement the System and shall have authority to adopt procedures and to publish requirements and guidelines for agencies required to participate in the System under this section.

(b)  Victims to be provided access to view status of kit.--It is the policy of the State to ensure that victims of sexual assault or attempted sexual assault are equipped with the means of tracking the location of their kits following a forensic medical examination and that victims are able to determine whether forensic testing of their kits has been completed.  The System shall accomplish these purposes as to any kit purchased and distributed under G.S. 143B-1201 on or after October 1, 2018.  The State Crime Laboratory shall ensure that the System protects victim information against disclosure to non-participating agencies.  Except as otherwise required for reporting under subsection (g) of this section, information which is maintained in the System is confidential and not subject to public disclosure under Chapter 132.

(c)  Medical provider participation.--A medical facility or medical professional that performs forensic medical examinations on victims of sexual assaults or attempted sexual assaults using tracking-enabled kits shall comply with the requirements of the System as promulgated by the State Crime Laboratory.

(d)  Law enforcement agency participation.--Any criminal investigative agency which receives a tracking-enabled kit into its custody shall comply with the requirements of the System as promulgated by the State Crime Laboratory.

(e)  Forensic laboratory participation.--Any forensic laboratory which receives a tracking-enabled kit into its custody shall comply with the requirements of the System as promulgated by the State Crime Laboratory.

(f)  Department tracking of anonymous kits in storage.--The Department of Public Safety shall ensure that any tracking-enabled kit submitted to the Department under G.S. § 143B-601(13) is entered into the System, subject to the restrictions in G.S. § 143B-601(13).(g)  Annual report to the General Assembly.--Beginning on October 1, 2019, and yearly thereafter, the State Crime Laboratory shall report to the Joint Legislative Oversight Committee on Justice and Public Safety the following information for the previous fiscal year:

(i) The number of tracking-enabled kits which have been shipped to medical facilities/providers;

(ii) The number of tracking-enabled kits which have been used by medical facilities/providers to conduct forensic medical examinations of sexual assault victims;

51

(iii) Of these, the number of tracking-enabled kits for which a sexual assault has been reported to law enforcement, sorted by law enforcement agency;

(iv) Of these tracking-enabled kits generated for reported cases, the number of kits which have been submitted to a laboratory for forensic testing;

(v) Of the tracking-enabled kits submitted for forensic testing, the number of kits for which forensic testing has been completed; and,

(vi) The number of tracking-enabled kits for which a sexual assault has not been reported ("anonymous" kits), including the total submitted to local law enforcement and the total submitted to Department of Public Safety Law Enforcement Support Services.

**SECTION 3.** G.S. § 143B-1201 reads as rewritten:

**§ 143B-1201. Restitution; actions.**

(a)    The Program shall be an eligible recipient for restitution or reparation under G.S. 15A-1021, 15A-1343, 148-33.1, 148-33.2, 148-57.1, and any other applicable statutes.

(b)    When any victim who:

(1) Has received assistance under this Part;

(2) Brings an action for damages arising out of the rape, attempted rape, sexual offense, or attempted sexual offense for which she received that assistance; and

(3) Recovers damages including the expenses for which she was awarded assistance, the court shall make as part of its judgment an order for reimbursement to the Program of the amount of any assistance awarded less reasonable expenses allocated by the court to that recovery.

(c)    Funds appropriated to the Department of Public Safety for this program may be used to purchase and distribute rape evidence collection kits approved by the ~~State Bureau of Investigation~~ State Crime Laboratory.

(d)    The Secretary, in consultation with the State Crime Laboratory, shall require that all Program kits produced on or after October 1, 2018 are compatible with the Statewide Sexual Assault Evidence Collection Kit Tracking System as administered by the State Crime Laboratory under G.S. § 114-65.

**SECTION 4.** Creation of a Select Committee. – The purpose of the Committee shall be to determine the testing priority of untested sexual assault kits found pursuant to the 2017 Sexual Assault Evidence Collection Kit Law Enforcement Report.   The Committee shall be made of experts, including law enforcement officers, victims' advocates such as the North Carolina Victim Assistance Network (NCVAN) and the North Carolina Coalition Against Sexual Assault (NCCASA), representatives from the Department of Justice, prosecutors and criminal defense attorneys, as well as legislators or their designees.  The Committee shall provide a strategic plan to the General Assembly that identifies which untested sexual assault evidence collection kits can be tested, the priority order in which they should be tested, and a statewide protocol for testing future sexual assault evidence collection kits.

*