IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-CV-568

| | |
|---|---|
| JULIETTE GRIMMETT, RALSTON LAPP GUINN MEDIA GROUP, and the JOSH STEIN FOR ATTORNEY GENERAL CAMPAIGN, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| N. LORRIN FREEMAN in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina, | ) ) ) ) ) |
| Defendant. | ) |

_____

## PLAINTIFFS' SECOND NOTICE OF FILING

Plaintiffs hereby give notice of filing of the following:

Exhibit 1 – Final Report of the North Carolina State Board of Elections *In Re: Violation of 163-274(a)(9) Circulation of False Derogatory Reports, Josh Stein and Josh Stein Campaign Committee*, dated May 28, 2021.

This the 12th day of August, 2022.

By: /s/ Pressly M. Millen
Pressly M. Millen
State Bar No. 16178
Raymond M. Bennett
State Bar No. 36341

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP

555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2100

Attorneys for Plaintiffs
Juliette Grimmett, Ralston Lapp Guinn Media Group,
and the Josh Stein for Attorney General Campaign