UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:22-CV-568

| | |
|---|---|
| JULIETTE GRIMMETT, RALSTON LAPP GUINN MEDIA GROUP, and the JOSH STEIN FOR ATTORNEY GENERAL CAMPAIGN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>N. LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina,<br><br>　　　　Defendant. | **MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL** |

NOW COMES Defendant N. LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District, and respectfully moves this Court for leave to file a surreply to Plaintiffs' "Reply Memorandum of Law in Support of Emergency Motion for Injunction Pending Appeal", filed at DE-30. Plaintiffs' reply includes arguments relating to a press report from yesterday, to which Defendant respectfully submits in fairness it should be able to respond. A proposed surreply is attached as Exhibit A.

This the 12th day of August, 2022.

        **GAMMON, HOWARD & ZESZOTARSKI, PLLC**

        /s/ Joseph E. Zeszotarski, Jr.
        Joseph E. Zeszotarski, Jr.
        State Bar No. 21310
        P.O. Box 1127
        Raleigh, NC 27602
        (919) 521-5878
        jzeszotarski@ghz-law.com

        Counsel for Defendant N. Lorrin Freeman, in her official capacity as District Attorney of the 10th Prosecutorial District