IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-CV-568

| | |
|---|---|
| JULIETTE GRIMMETT, RALSTON LAPP GUINN MEDIA GROUP, and the JOSH STEIN FOR ATTORNEY GENERAL CAMPAIGN, JOSH STEIN, SETH DEARMIN, and ERIC STERN<br><br>Plaintiffs,<br><br>v.<br><br>N. LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina,<br><br>Defendant. | **NOTICE OF APPEAL (Amended)** |

_____

Amended Notice is hereby given that Plaintiffs Juliette Grimmett, Ralston Lapp Guinn Media Group, the Josh Stein for Attorney General Campaign and new plaintiffs Josh Stein, Seth Dearmin, and Eric Stern hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order Denying the Motion for Preliminary Injunction (Doc. 23), entered in this action on August 9, 2022

This the 29th day of August, 2022.

By: /s/ Pressly M. Millen
Pressly M. Millen
State Bar No. 16178
Raymond M. Bennett
State Bar No. 36341

WBD (US) 57514171v2

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2100

Attorneys for Plaintiffs Juliette Grimmett,
Ralston Lapp Guinn Media Group, the Josh Stein for
Attorney General Campaign, Josh Stein,
Seth Dearmin, and Eric Stern