IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JULIETTE GRIMMETT, RALSTON LAPP GUINN MEDIA GROUP, JOSH STEIN FOR ATTORNEY GENERAL CAMPAIGN, JOSH STEIN, SETH DEARMIN, and ERIC STERN,<br><br>Plaintiffs,<br>v.<br><br>N. LORRIN FREEMAN, in her official capacity as District Attorney for the 10th Prosecutorial District of the State of North Carolina,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:22-CV-568 |

## ORDER AND JUDGMENT

The defendant, N. Lorrin Freeman, moves to dismiss for lack of subject matter jurisdiction. Doc. 57. The plaintiffs agree the matter is moot and that dismissal is appropriate. Doc 61. The Court finds the action is moot and dismissal is appropriate. *See, e.g., SAS Institute, Inc. v. World Programming Ltd,* 2018 WL 11195376 at *3 (E.D.N.C. 2018) (holding dismissal for mootness is without prejudice).

It is **ORDERED** that the defendant's motion to dismiss, Doc. 57, is **GRANTED** and this action is **DISMISSED** as moot, without prejudice.

This the 19th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE